DAVID W. QUINTO
3007 Franklin Canyon Dr.
Beverly Hills, CA 90210
DavidWQuinto@gmail.com
(213) 604-1777
Defendant *Pro Se*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| GEORGE HOFMANN, IN HIS CAPACITY AS Chapter 11 Trustee of VIDANGEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. QUINTO, an individual, and KUPFERSTEIN MANUEL, LLP fka KUPFERSTEIN MANUEL & QUINTO, LLP, a California limited liability partnership,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b) DIVERSITY**<br><br>Case: 2:20-cv-00284<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 4/29/2020<br>Description: Hofmann v. Quinto, et al |

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant David W. Quinto ("Mr. Quinto") hereby gives notice of removal of the civil action styled *George Hofmann, in his capacity as Chapter 111 trustee of VidAngel, Inc., a Delaware corporation, Plaintiff, v. David W. Quinto, an individual, and Kupferstein Manuel, LLP fka Kupferstein Manuel & Quinto, LLP, a California limited liability partnership, Defendants,* Case No. 200902796, from the District Court of Salt Lake County, Utah, Third Judicial District, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Mr. Quinto states as follows:

1. Plaintiff George Hofmann, in his capacity as Chapter 11 Trustee of VidAngel, Inc., a Delaware corporation ("Plaintiff") filed a Complaint in the District Court of Salt Lake County, Utah, Third Judicial District on or about April 20, 2020. A copy of that complaint is attached as Exhibit A. A copy of the summons is attached as Exhibit B.

2. This Court has subject-matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(a), (b), in that the complaint involves a claim between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. The amount in controversy in this action exceeds $75,000. Plaintiff filed this action as a Tier 3 case and is seeking damages of "no less than sixty-three million dollars." *See* Exhibit A at p. 12.

4. Plaintiff is now, and was at the time of the filing of this lawsuit, a citizen of the State of Utah acting in his capacity as Chapter 11 Trustee of VidAngel, Inc., a Delaware corporation having its principal place of business in the State of Utah.

5. Defendant Mr. Quinto is now, and was at the time of the filing of this lawsuit, a citizen of the State of California.

6. Defendant Kupferstein Manuel, LLP fka Kupferstein Manuel & Quinto, LLP

is now, and was at the time of the filing of this lawsuit, a citizen of the State of California whose sole partner (sole member), Phyllis Kupferstein, is now, and was at the time of the filing of this lawsuit, a citizen of the State of California. *See* Exhibit C.

7. Defendant Kupferstein Manuel, LLP fka Kupferstein Manuel & Quinto, LLP consents to and joins in the removal of this action to this Court. *See* Exhibit C.

8. This notice of removal is timely filed in accordance with 28 U.S.C. § 1446(b), which provides that a notice of removal shall be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading. Defendants were provided with a copy and became aware of the complaint on April 22, 2020.

9. Pursuant to 28 U.S.C. §§ 125(2) and 1441(a), the United States District Court for the District of Utah, Central Division is the federal court for the district and division embracing the place where the state court action is pending.

10. Pursuant to 28 U.S.C. § 1446(d), all adverse parties are being provided with written notice of the filing of this notice of removal.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being filed with the Clerk of the District Court of Salt Lake County, Utah, Third Judicial District.

WHEREFORE, Defendant David W. Quinto hereby removes this action, now pending in the District Court of Salt Lake County, Utah, Third Judicial District, to the Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: April 28, 2020

By: /s/ David Quinto

*Pro Se*

3

NOTICE OF REMOVAL

DAVID W. QUINTO
3007 Franklin Canyon Dr.
Beverly Hills, CA 90210
DavidWQuinto@gmail.com
(213) 604-1777
Defendant *Pro Se*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| GEORGE HOFMANN, IN HIS CAPACITY AS Chapter 11 Trustee of VIDANGEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. QUINTO, an individual, and KUPFERSTEIN MANUEL, LLP fka KUPFERSTEIN MANUEL & QUINTO, LLP, a California limited liability partnership,<br><br>Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

Joanna Ardalan certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 9301 Wilshire Blvd., Penthouse Suite, Beverly Hills, CA 90210, which is adjacent to the city, but in the county and state, where the mailing described below took place.

On April 28, 2020, I deposited in the United States Mail at Los Angeles, California a copy of the Notice to Adverse Party of Removal to Federal Court dated April 28, 2020, including exhibits thereto, the Civil Cover Sheet, and Motion for Email Filing and Notification, true and correct copies of which are attached to this Certificate. The foregoing documents were addressed to James E. Magleby, Esq, Magleby Cataxinos & Greenwood PC, 170 S. Main St., Ste. 1100, Salt Lake City, UT 84101.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2020, at Los Angeles, California

*Joanna Ardalan*