**EXHIBIT B**

James E. Magleby (7247)
 magleby@mcg.law
Jennifer Fraser Parrish (11207)
 parrish@mcg.law
Mark P. Arrington (15527)
 arrington@mcg.law
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff George Hofmann,
 Chapter 11 Trustee

## IN THE THIRD JUDICIAL DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| **GEORGE HOFMANN, in his capacity as Chapter 11 Trustee of VIDANGEL, INC., a Delaware corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID W. QUINTO, an individual, and KUPFERSTEIN MANUEL, LLP fka KUPFERSTEIN MANUEL & QUINTO, LLP, a California limited liability partnership,**<br><br>Defendants. | SUMMONS<br><br><br><br><br><br>Tier 3<br><br>Case No.: 200902796<br><br>Honorable James Gardner |

**THE STATE OF UTAH TO:**

   **David W. Quinto**
   3007 Franklin Canyon Road
   Beverly Hill, California 90210-1633

1

B-1

Within thirty (30) days after service of this Summons, Complaint and Jury Demand (the "Complaint") upon you, you are required to serve a written Answer or other responsive pleading to the Complaint by hand delivering or mailing a copy of your Answer or other responsive pleading to Plaintiff's attorneys, **MAGLEBY CATAXINOS & GREENWOOD, PC**, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101. You are also required to file your Answer with the Clerk of the Third Judicial District Court of Salt Lake County, 450 South State Street, Salt Lake City, Utah 84114, where the Complaint has been filed. If you do not serve and file an Answer or other responsive pleading to the Complaint within thirty (30) days, judgment by default will be entered against you for the relief demanded.

DATED this 20th day of April, 2020.

**MAGLEBY CATAXINOS & GREENWOOD**

/s/ James E. Magleby
James E. Magleby
Jennifer Fraser Parrish
Mark P. Arrington

Attorneys for Plaintiff George Hofmann, in his capacity as Chapter 11 Trustee of VidAngel, Inc.

2

B-2