**EXHIBIT C**

## DECLARATION OF PHYLLIS KUPFERSTEIN AS SOLE MEMBER OF KUPFERSTEIN MANUEL LLP

I, Phyllis Kupferstein, declare as follows:

1. I am, and since 1959 have been, a citizen of the State of California and a resident of the County of Los Angeles including, without limitation, when the events giving rise to Plaintiff's complaint herein occurred, when the instant action was filed, and as of the date of this declaration.

2. During 2014-15, the law firm known as Kupferstein Manuel & Quinto LLP had three equity partners or members: Roxanna Manuel, David Quinto, and me. All three of us were citizens of the State of California and worked at the firm's sole office, located in West Los Angeles, California.

3. Since Mr. Quinto resigned from the partnership in 2015, I have practiced with a firm called Kupferstein Manuel LLP. That firm maintained an office for a time in West Los Angeles and, later, in downtown Los Angeles. When Plaintiff's complaint herein was filed and as of the present, Kupferstein Manuel LLP had just one member and partner: me.

4. As the sole member of, and on behalf of, Kupferstein Manuel LLP, I consent to the removal of the action styled GEORGE HOFMANN, in his capacity as Chapter 11 Trustee of VIDANGEL, INC., a Delaware corporation, Plaintiff, v. DAVID W. QUINTO, an individual, and KUPFERSTEIN MANUEL, LLP FKA KUPFERSTEIN MANUEL & QUINTO, LLP, a California limited liability partnership, Defendants, Case No. 200902796, filed in the Third Judicial District Court of Salt Lake County, State of Utah to the United States District Court for the District of Utah.

C-1

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of April, 2020, at Los Angeles, California.

*Phyllis Kupferstein*
Phyllis Kupferstein

C-2