MICHAEL F. SKOLNICK - #4671
mfskolnick@kippandchristian.com
JEREMY R. SPECKHALS - #16381
jspeckhals@kippandchristian.com
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, Fourth Floor
Salt Lake City, Utah  84111
(801) 521-3773

LAURENCE BERMAN*
California Bar No. 93515
BERMAN LITIGATION GROUP
lberman@bermanlitigationgroup.com
815 Moraga Drive
Los Angeles, California  90049
(424) 465-9079

*Denotes counsel who will seek pro hac vice admission*

*Attorneys for Defendant David W. Quinto*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GEORGE HOFMANN, in his capacity as Chapter 11 Trustee of VIDANGEL, INC. a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>DAVID W. QUINTO, an individual, and KUPFERSTEIN MANUEL, LLP fka KUPFERSTEIN MANUEL & QUINTO, LLP, a California limited liability partnership,<br><br>    Defendants. | **ERRATA TO DEFENDANT DAVID W. QUINTO'S MOTION TO DISMISS**<br><br>Case No. 2:20-cv-00284HCN<br>Judge Howard C. Nielson, Jr. |

Defendant David W. Quinto, by and through counsel, submits the following Errata to

Defendant David W. Quinto's Motion to Dismiss (Dkt. 8), correcting certain exhibits, as well as the reference at page 2 of the Motion to Dismiss to the date of Mr. Quinto's declaration.

DATED this 26th day of May, 2020.

                                        KIPP AND CHRISTIAN, P.C.

                                      <u>/s/Michael F. Skolnick</u>
                                      MICHAEL F. SKOLNICK
                                      JEREMY R. SPECKHALS
                                      *Attorneys for Defendant David W. Quinto*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2020, I served the foregoing **ERRATA TO DEFENDANT DAVID W. QUINTO'S MOTION TO DISMISS** on the following via ECF as follows:

>James E. Magleby
>magleby@mcg.law
>Jennifer Fraser Parrish
>parrish@mcg.law
>Mark P. Arrington
>arrington@mcg.law

>*/s/ Nancy Paez*

>_____
>Nancy Paez